UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:21-CR-00106-3-D
Civil No. 5:25-CV-00236-D

Allen Martin Smith, )
)
        Petitioner, )
)
v. ) ORDER
)
United States of America, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 19 day of February, 2026.

                                    JAMES C. DEVER III
                                    UNITED STATES DISTRICT JUDGE