IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-106-D
No. 5:25-CV-236-D

| | | |
|---|---|---|
| ALLEN MARTIN SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

In light of respondent's response [D.E. 306], the court GRANTS petitioner's motion to

vacate his conviction [D.E. 298]. Petitioner is REMANDED to the custody of the U.S. Marshal

for further proceedings and the docketing of a superseding criminal information and memorandum

of plea agreement.

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge