# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

ALLEN MARTIN SMITH
                Petitioner,

    v.                                  **Judgment in a 2255 Case**

UNITED STATES OF AMERICA,
                Respondent.            Criminal Case No. 5:21-CR-00106-3-D
                                           Civil Case Number: 5:25-CV-00236-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the petitioner's motion to vacate under 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that the petitioner's motion [DE298] is GRANTED petitioner's section 2255 motion to vacate, set aside, or correct his sentence under 28 U.S.C.§ 2255. Petitioner is REMANDED to the custody of the U.S. Marshal for further proceedings and the docketing of a superseding criminal information and memorandum of plea agreement.

This Judgment Filed and Entered on May 12, 2026, with service on:
US Attorney and Robert J. Parrott – AFPD, Jr. (via CM/ECF Notice of Electronic Filing)

May 12, 2026                                     /s/ Peter A. Moore, Jr.
                                                           Clerk of Court